NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**EXCELSIOR MEDICAL CORPORATION,**
*Defendant-Appellee.*

───────────────

2014-1609, -1610

───────────────

Appeals from the United States District Court for the Southern District of California in No. 3:11-cv-01115-H-RBB and 3:12-cv-01581-H-RBB, Judge Marilyn L. Huff.

-----------------------------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**HOSPIRA, INC.,**
*Defendant-Appellee.*

───────────────

2014-1613, -1614

───────────────

Appeals from the United States District Court for the Southern District of California in Nos. 3:11-cv-01246-H-RBB and 3:12-cv-01582-H-RBB, Judge Marilyn L. Huff.

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**CATHETER CONNECTIONS, INC.,**
*Defendant-Appellee.*

---

2014-1615, -1616

---

Appeals from the United States District Court for the Southern District of California in Nos. 3:12-cv-00954-H-RBB and 3:12-cv-01587-H-RBB, Judge Marilyn L. Huff.

---

### O R D E R

The above-captioned appeals appear to be related.

Accordingly,

IT IS ORDERED THAT:

(1) The above-captioned appeals are consolidated. The revised official caption is reflected above.

(2) Appellant's opening brief shall be due no later than September 9, 2014.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s30