# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| IVERA MEDICAL CORPORATION,<br>　　　　　　　　Plaintiff-Appellant,<br><br>　　　　v.<br><br>EXCELSIOR MEDICAL CORPORATION,<br>　　　　　　　　Defendant-Appellee. | Nos. 2014-1609, -1610 |
| IVERA MEDICAL CORPORATION,<br>　　　　　　　　Plaintiff-Appellant,<br><br>　　　　v.<br><br>HOSPIRA, INC.,<br>　　　　　　　　Defendant-Appellee. | Nos. 2014-1613, -1614 |
| IVERA MEDICAL CORPORATION,<br>　　　　　　　　Plaintiff-Appellant,<br><br>　　　　v.<br><br>CATHETER CONNECTIONS, INC.,<br>　　　　　　　　Defendant-Appellee. | Nos. 2014-1615, -1616 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2014, I filed or caused to be filed the Corrected Certificate of Interest with the Clerk of the United States Court of Appeals for the Federal Circuit via the CM/ECF system and served or caused to be served a copy on all counsel of record by the CM/ECF system:

Dated: July 25, 2014

*/s/ Daniel H. Bromberg*
Daniel H. Bromberg
QUINN EMANUEL
  URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr, 5th Floor
Redwood Shores, CA 94065
Telephone: 650-801-5000
Facsimile: 650-801-5100

*Attorneys for Plaintiff-Appellant*
*Ivera Medical Corporation*