NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**EXCELSIOR MEDICAL CORPORATION,**
*Defendant-Appellee.*

---

2014-1609, -1610

---

Appeals from the United States District Court for the Southern District of California in Nos. 3:11-cv-01115-H-RBB, and 3:12-cv-01581-H-RBB, Judge Marilyn L. Huff.

---

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

v.

**HOSPIRA, INC.,**
*Defendant-Appellee.*

---

2014-1613, -1614

---

Appeals from the United States District Court for the Southern District of California in Nos. 3:11-cv-01246-H-RBB and 3:12-cv-01582-H-RBB, Judge Marilyn L. Huff.

-------------------------------------------------------

**IVERA MEDICAL CORPORATION,**
*Plaintiff-Appellant,*

**v.**

**CATHETER CONNECTIONS, INC.,**
*Defendant-Appellee.*

2014-1615, -1616

Appeals from the United States District Court for the Southern District of California in Nos. 3:12-cv-00954-H-RBB and 3:12-cv-01587-H-RBB, Judge Marilyn L. Huff.

**ON MOTION**

**O R D E R**

Ivera Medical Corporation and Excelsior Medical Corporation jointly move to withdraw 2014-1609 and 2014-1610.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2014-1609 and 2014-1610 are granted. 2014-1609 and 2014-1610 are dismissed.

(2) Each side shall bear its own costs in 2014-1609 and 2014-1610.

(3) The revised official caption for 2014-1613, -1614, -1615, -1616 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE (as to 2014-1609, -1610 only): January 9, 2015